IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD, )<br><br>Plaintiff, )<br> )<br>v. )  CASE NO. 2:07-cv-577-MEF<br> )<br>SOUTHEAST CHEROKEE CONSTUCTION, INC. )<br> )<br>Defendants, ) | RECEIVED<br><br>2007 JUN 25 A 11: 14<br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DECAREY FLOYD, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**          **Relationship to Party**

_____        _____

_____        _____

_____        _____

6/22/2007
Date

(Signature)

**JERRY D. ROBERSON**
(Counsel's Name)

**DECAREY FLOYD**
Counsel for (print names of all parties)
P.O. Box 380487
Birmingham, Al. 35238
Address, City, State Zip Code
(205) 981-3906
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jerry Roberson_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _U.S. MAIL_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _22ND___day of _June_____ 20_07_, to:

Defendant's Counsel is unknown at this time.

_____

_____

_____

_____

_____

_____

6/22/2007
Date

Signature