IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CURTIS DECAREY FLOYD,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**SOUTHEAST CHEROKEE** )<br>**CONSTRUCTION, INC.** )<br>)<br>Defendant. ) | **PLAINTIFF DEMANDS TRIAL BY A STRUCK JURY**<br><br>Civil Action No.:<br>2:07-CV-577-MEF |

## SUMMONS

**TO DEFENDANT:** Southeast Cherokee Construction, Inc.
C/o Lister J. Hubbard, The Designated Agent of Record
57 Adams Ave.
Montgomery, Al. 36104

You are hereby summoned and required to serve upon Plaintiff's attorney:

Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Phone Number: 205.981.3906
Fax Number:   205.981.3908
E-mail: jdratty@charter.net

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 6/25/07

By: _William C. L___
   Deputy Clerk
Case Number: CV _____

Debra P. Hackett, Clerk of Court
United States District Court
One Church Street
Montgomery, Alabama 36101-0711

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the ____ day of _____, 20__, I served this summons together with the Complaint as follows:

☐     By personal service on the Defendant at_____

☐     By serving a person of suitable age and discretion then residing in the Defendant's usual place of abode. (Give name and address of person served.)

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     _____
     Date                                          *Authorized or Specially Appointed Process Server*

☐     I hereby certify and return this ____ day of _____, 20__, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____

_____
     Date                                          *Authorized or Specially Appointed Process Server*

Costs of Service:    Service Fee:                                      $_____
                          Expenses: _____ miles @ _____ cents     $_____

                                                       TOTAL      $_____

## RETURN ON SERVICE VIA CERTIFIED MAIL

☐     The summons and complaint in this matter were mailed via Certified Mail, Return Receipt Requested on this the ____ day of _____, 20__.

☐     Return on service of summons and complaint on the ____ day of _____, 20__.