| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _/s/ Brown_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Brown_   6/26/07 |
| 1. Article Addressed to:<br><br>Southeast Cherokee Construction, Inc.<br>C/o Lister J. Hubbard,<br>The Designated Agent of Record<br>57 Adams Ave.<br>Montgomery, Al. 36104<br><br>07cv577 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0004 9749 7355 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540