IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Curtis Decarey Floyd,  )
)
Plaintiff,  )
)
v.  ) CASE NO. 2:07-cv-577-MEF
)
Southeast Cherokee Construction, Inc.,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Southeast Cherokee Construction, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                Relationship to Party


7/17/2007                                        s/ R. Brett Garrett
Date                                             (Signature)

                                                 R. Brett Garrett (GAR085)
                                                 (Counsel's Name)

                                                 Defendant Southeast Cherokee Construction, Inc.
                                                 Counsel for (print names of all parties)
                                                 184 Commerce Street
                                                 Montgomery, AL 36104
                                                 Address, City, State Zip Code
                                                 334-206-3138
                                                 Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of July 20 07, to:

Jerry Roberson, Esq.

7/17/2007
Date

s/ R. Brett Garrett
Signature