UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CURTIS DECAREY FLOYD,** § | |
| § | |
| **Plaintiff,** § | |
| § | **2:07-cv-577-MEF** |
| v. § | |
| § | |
| **SOUTHEAST CHEROKEE** § | |
| **CONSTRUCTION, INC.** § | |
| § | |
| **Defendant.** § | |

## MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS

COMES NOW Defendant, Southeast Cherokee Construction, Inc., and respectfully requests that this Court enter an order suspending the deadline to file dispositive motions issued in its scheduling order of August 20, 2007. As grounds for this motion, Defendant

1. On August 20, 2007, this Honorable Court entered a scheduling order directing parties to file dispositive motions on or before May 30, 2008.

2. In efforts to comply with this Court's order, Defendant has submitted multiple correspondences to Plaintiff requesting deposition dates in expectation for filing a motion for summary judgment. Specifically, Defendant has requested dates to take Plaintiff's deposition on four (4) different occasions: October 3, 2007; October 10, 2007; December 3, 2007; and January 3, 2008.

3. Paper discovery in this action has been exchanged between the parties. Plaintiff's counsel claims to be due additional discovery and, as such, has refused to tender Plaintiff for deposition. Since Plaintiff has refused to be deposed, Defendant will need additional time to file a motion for summary judgment.

WHEREFORE, Defendant Southeast Cherokee Construction, Inc. respectfully requests that this Court enter an order suspending the deadline for filing dispositive motions issued within its scheduling order of August 20, 2007.

Respectfully submitted this the 28<u>th</u> day of <u>April, 2008</u>.

<u>*s/ R. Brett Garrett*</u>
ROBERT A. HUFFAKER (HUF003)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant, Southeast Cherokee Construction, Inc.

<u>Of Counsel:</u>
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 28, 2008</u>, I have electronically filed and served a copy of the foregoing by placing same in the United States Mail, postage prepaid and properly addressed, upon:

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

<u>*s/ R. Brett Garrett*</u>
Of Counsel

2