IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SOUTHEAST CHEROKEE )<br>CONSTRUCTION, INC., )<br>)<br>Defendant. ) | CASE NO. 2:07-cv-577-MEF |

# **O R D E R**

Upon consideration of the defendant's Motion to Extend Deadline to File Dispositive Motions (Doc. #11) filed on April 28, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 30th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE