IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS DECAREY FLOYD,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 2:07-cv-577-MEF |
| | ) | |
| **SOUTHEAST CHEROKEE** | ) | |
| **CONSTRUCTION, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO EXTEND DEADLINE TO RESPOND TO DISPOSITIVE MOTION**

**COMES NOW** the Plaintiff, Decarey Floyd, by and through counsel and moves this Court to extend the deadline that presently requires the Plaintiff to respond to the Defendant's Motion for Summary Judgment by June 17, 2008. As grounds for said motion, Plaintiff would show unto this Court as follows:

1. This is a race discrimination case.

2. The EEOC issued a cause finding in this case, an action that it takes in only 3-4% of the charges of discrimination that it investigates, which indicates that based on their investigation there is reasonable cause to believe that Floyd was discharged because of his race.

3. The discovery deadline set in this case is August 14, 2008.

4. The Defendant deposed Decarey Floyd on May 19, 2008.

5. Plaintiff's counsel has requested deposition dates of representatives for the defendant, and the earliest possible available date that the defendant's representative can be deposed is June 11th or 12th.

6. Counsel will have to obtain a deposition transcript in order to respond to the motion for summary judgment.

7. Plaintiff's counsel has another case, *Gloria Sims v. Coosa County Board of Education,* case number 2:07-cv-704-MEF, pending before this same Judge. Sims is a Title VII action where Plaintiff must presently respond to the Defendant's Motion for Summary Judgment by June 17, 2008.

8. Plaintiff's counsel is a solo practitioner with limited resources.

9. Defense counsel does not oppose this motion.

10. None of the Court's scheduling deadlines will be interfered with by the granting of an extension in this case.

11. The Plaintiff will be severely prejudiced by being required to respond to the motion for summary judgment by June 17, 2008.

12. The defendant Southeast Cherokee Construction will not suffer in any way by the granting of an extension.

WHEREFORE PREMISES CONSIDERED, Plaintiff's counsel respectfully requests that this Court grant him an extension until August 1, 2008 to respond to the Defendant's Motion for Summary Judgment.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Phone Number:  205.981.3906
Fax Number:    205.981.3908
E-mail: jdratty@charter.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Richard Brett Garrett  
Robert A. Huffaker  
Rushton Stakely Johnston & Garrett  
P.O. Box 270  
Montgomery, Al. 36101-0270  
Phone: 334-206-3100  
Fax:    334-262-6277  
E-mail: rah@rsjg.com

                                                      s/Jerry Roberson  
                                                      Jerry Roberson