IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-577-MEF |
| ) | |
| SOUTHEAST CHEROKEE ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Extend Deadline to Respond to Dispositive Motion (Doc. #16) filed on June 4, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this 5th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE