IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS DECAREY FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: |
| | ) | |
| v. | ) | 2:07-cv-577-MEF |
| | ) | |
| SOUTHEAST CHEROKEE | ) | |
| CONSTRUCTION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO COMPEL DEPOSITIONS OR IN LIEU THEREOF EXTEND
DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

    **COMES NOW** the Plaintiff, Decarey Floyd, by and through counsel and moves this Court to compel depositions of representatives of the defendant or in lieu thereof extend the Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment. As grounds for said motion, Plaintiff would show unto this Court as follows:

    1.    This is a Title VII race discrimination case.

    2.    The Defendant deposed the Plaintiff Decarey Floyd on May 19, 2008.

    3.    The Defendant filed a motion for summary judgment on May 30, 2008.

    4.    The discovery deadline set in this case is August 14, 2008.

    5.    On the date of Plaintiff's deposition, Plaintiff's counsel requested deposition dates for representatives of the defendant.

    6.    Defense counsel has now advised Plaintiff's counsel that representatives

for the defendant cannot be made available for deposition until June 17, 2008. (See Exhibit A).

7. June 17, 2008 is the same date that Plaintiff's opposition to defendant's motion for summary judgment must be filed.

8. Counsel for the Plaintiff will not have time to obtain a deposition transcript and file any meaningful response to defendant's motion for summary judgment under the present order.

9. This Court's Order requiring a response by June 17, 2008 results in a denial of due process for the Plaintiff Decarey Floyd and is an unconstitutional violation of his right to seek redress for race discrimination.

8. Defense counsel does not object to additional time for the Plaintiff to respond to its motion for summary judgment beyond June 17, 2008.

9. It would not cause any prejudice to the defendant, and will result in manifest injustice to Plaintiff if this Court does not either order the depositions of representatives of the Defendant by June 13th or extend the Plaintiff's deadline to file his opposition to defendant's motion for summary judgment at least for one week in order to allow Plaintiff's counsel to obtain a transcript and file a response to the defendant's motion for summary judgment.

WHEREFORE PREMISES CONSIDERED, Plaintiff's counsel respectfully requests that this Court grant this motion to compel depositions or in lieu thereof extend the deadline to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Phone Number:  205.981.3906
Fax Number:     205.981.3908
E-mail: jdratty@charter.net

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Richard Brett Garrett
Robert A. Huffaker
Rushton Stakely Johnston & Garrett
P.O. Box 270
Montgomery, Al. 36101-0270
Phone: 334-206-3100
Fax:    334-262-6277
E-mail: rah@rsjg.com

s/Jerry Roberson
Jerry Roberson

# EXHIBIT A

### Jerry Roberson

**From:** Kristi Lee [klee@rsjg.com]
**Sent:** Friday, June 06, 2008 12:20 PM
**To:** jdratty@charter.net
**Cc:** Brett Garrett
**Subject:** Floyd v. SE Cherokee

Mr. Roberson,

Brett asked that I send you an email confirming that Jerry Carter, Pedro, and Randy Davis will be made available for deposition on June 17. Due to the necessity to have leadership in the field, we will need to space Randy Davis and Jerry Carter's depositions in the morning and/or afternoon or vice versa. Please issue amended deposition notices accordingly. He said you can discuss early next week the final deposition times as well as the location for same. He would prefer to conduct these in our offices in order to save travel time to Birmingham. This will also allow all 3 employees to be deposed the same day.

*Kristi M. Lee*
Legal Assistant to R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (phone)
334-481-0808 (fax)
klee@rsjg.com (email)

CONFIDENTIALITY NOTICE: The information contained in this e-mail is confidential; it is intended only for the use of the intended recipient or recipients. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or use of this information is strictly prohibited. If you have received this communication in error, please contact us immediately at the telephone number or e-mail address set forth above and destroy all copies of the original message. Although this email is believed to be free of any virus or other defect that might affect any computer system in which it is received, it is the responsibility of the recipient to ensure that it is virus free; Rushton, Stakely, Johnston, & Garrett, P.A., accepts no responsibility for any loss or damage arising in any way from its use.