IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CURTIS DECAREY FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-577-MEF |
| | ) | |
| SOUTHEAST CHEROKEE | ) | |
| CONSTRUCTION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon of review of Plaintiff's *Motion to Compel Depositions or In Lieu thereof Extend Deadline to Respond to Motion for Summary Judgment* (Doc. 18, filed June 10, 2008), it is

**ORDERED** that Defendant show cause why this motion should not be granted **on or before June 12, 2008.**

DONE this 10th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE