**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CURTIS DECAREY FLOYD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **2:07-cv-577-MEF** |
| **v.** | § | |
| | § | |
| **SOUTHEAST CHEROKEE** | § | |
| **CONSTRUCTION, INC.** | § | |
| | § | |
| **Defendant.** | § | |

**RESPONSE TO SHOW CAUSE ORDER**

COMES NOW Defendant, Southeast Cherokee Construction, Inc., and responds to this Honorable Court's show cause order dated June 10, 2008 (Doc. 19) as follows:

1. This is a race discrimination case filed by Plaintiff, Decarey Floyd. (See Doc. 1). Plaintiff filed the complaint on June 25, 2007. (Id.)

2. On August 20, 2007, the Court entered a uniform scheduling order directing that all dispositive motions were to be filed no later than May 30, 2008. (See Doc. 10). In expectation of filing a dispositive motion, Defendant began writing Plaintiff asking for dates to take Plaintiff's deposition. Defendant submitted numerous correspondences to this effect, dated October 3, 2007; October 10, 2007; December 3, 2007; and May 1, 2008. (See correspondences attached hereto as Ex. "A" - "D").

3. In response to Plaintiff's unwillingness to tender Plaintiff for deposition, Defendant filed a motion with the Court on April 28, 2008 asking it to extend the deadline Defendant had to file a dispositive motion. (See Doc. 11). Defendant's motion was denied two days later on April 30, 2008. (See Doc. 12).

4. In response to this Court's denial, Defendant again contacted Plaintiff via correspondence dated May 1, 2008 requesting to depose Mr. Floyd prior to May 14th for purposes of meeting the dispositive motion deadline. (See Ex. "D").

5. Mr. Floyd's deposition was ultimately taken on May 19, 2008. (See Ex. "E"). Defendant thereafter filed a timely motion for summary judgment and supporting brief. (See Docs. 13 & 14).

6. On June 3, 2008, the Court issued an order directing that Plaintiff file a response to Defendant's motion on or before June 17, 2008. (See Doc. 15). After receiving this order, Plaintiff contacted Defendant's counsel on June 4th and asked for dates to take the depositions of four (4) Defendant employees: President Lynn Carter, Vice President of Operations Jerry Carter, foreman Randy Davis, and an employee identified, to date, only as "Pedro." During this call, Defendant's counsel reviewed his calendar and indicated that his first available date to tender these individuals for deposition was June 11th, but, obviously, that he would have to contact his clients to determine whether any of the deponents would be available on that date.

7. Prior to June 4, 2008, Plaintiff had made no request to take the depositions of any Defendant employee. The case had been pending, as of that date, for over ten (10) months.

8. On June 5, 2008, the Court entered an order denying Plaintiff's motion to extend deadline to file a response to Defendant's motion for summary judgment. (See Doc. 17). On June 6, 2008, Defendant's counsel contacted Southeast's President, Lynn Carter, with regard to whether the four (4) Defendant employees would be available for deposition on June 11th. Counsel was informed during that conversation that both Lynn and Jerry Carter would be out of state on business through June 12th. Due to the Carters' absence, foreman Randy Davis would be unable to sit for deposition, as his leadership was needed in the field. With regard to conducting

the depositions on June 13th, Lynn Carter will be absent from work for two medical procedures. Jerry Carter and Randy Davis are unavailable as well (1) covering Lynn Carter's medical absence, and (2) preparing to submit a large construction bid.

9. In speaking with Lynn Carter, counsel for Defendant was informed that Jerry Carter, Randy Davis and Pedro could be made available for deposition on June 17, 2008. Lynn Carter would be unavailable, but, it was the best scheduling coordination possible taking into account the narrow window of time provided by Plaintiff. Counsel for Defendant communicated this information to Plaintiff.

10. On June 10, 2008, Plaintiff filed a second motion with the Court asking it to extend Plaintiff's deadline to file a response to Defendant's motion for summary judgment, or in lieu thereof, asking it to compel these individuals to present for deposition on or before June 13th. (See Doc. 18). In response, the Court entered an order on June 10th directing Defendant to show cause why Plaintiff's motion to compel should not be granted. (See Doc. 19).

11. First and foremost, Plaintiff has the burden of proof. Prior to June 4, 2008, Plaintiff made no effort to schedule the deposition of any of Defendant's employees, much less four (4) depositions simultaneously including the company president and vice president of operations. Defendant submitted four letters to Plaintiff between October 2007 and May 2008 asking for Plaintiff's deposition. Subsequent to being unable to secure Plaintiff's deposition, Defendant filed a motion with the Court asking for an extension of time to file a dispositive motion, which was denied. Defendant arranged for the necessary deposition and filed a dispositive motion in a timely fashion.

12. Defendant has done everything in its power to accommodate Plaintiff's last minute request for deposition dates and, in so doing, has acted in good faith under the

circumstances. Defendant should not be compelled to submit four (4) of its employees for depositions tomorrow, June 13th, as to do so would be extremely burdensome and prejudicial to Defendant's business interests (and, indeed, to Lynn Carter's physical welfare). Such an order would be highly prejudicial to counsel as well who will not have adequate time to prepare his clients depending on the outcome of this Court's order.

13. Defendant sympathizes with Plaintiff to the extent that he was directed to respond to Defendant's motion on or before June 17, 2008; however, Plaintiff has had over ten (10) months to take depositions in this case and has simply chosen not to do so. Moreover, to date, Plaintiff has not re-issued deposition notices for Lynn Carter, Jerry Carter, Randy Davis or Pedro for June 17th, the date offered by Defendant. As such, Defendant has been given no opportunity to schedule the depositions around the available employees' work schedules or, further, to schedule times with the employees to prepare them for deposition.

WHEREFORE, premises considered, Defendant moves this Honorable Court to enter an order denying Plaintiff's motion to compel depositions.

Respectfully submitted this the 12th day of June, 2008.

*s/ R. Brett Garrett*
ROBERT A. HUFFAKER (HUF003)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant, Southeast Cherokee Construction, Inc.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, I have electronically filed and served a copy of the foregoing by placing same in the United States Mail, postage prepaid and properly addressed, upon:

Jerry D. Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

jdratty@charter.net

*s/ R. Brett Garrett*
Of Counsel

LAW OFFICES

RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Writer's Direct Telephone: (334) 206-3260
Writer's Direct Facsimile: (334) 481-0808
Email: bg@rsjg.com
Website: www.rsjg.com

Charles A. Stakely
J. Theodore Jackson, Jr.
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.

Chris S. Simmons
Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr.
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger
T. Grant Sexton, Jr.

*Of Counsel:*
Jesse M. Williams, III

October 3, 2007

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

Re: Decarey Floyd v. Southeast Cherokee Construction
United States District Court, Middle District of Alabama
Case No.: 2:07-cv-544-MEF

Dear Jerry:

I would like to take the deposition of your client, Decarey Floyd, in the near future. Please forward to me at your first convenience a number of dates in which Mr. Floyd will be available. I will coordinate and get back with you with regard to a date that will work best with our mutual schedules.

I look forward to hearing from you.

Sincerely,

R. Brett Garrett

RBG2/kml

cc: Robert A. Huffaker, Esq.

EXHIBIT A

LAW OFFICES

RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Writer's Direct Telephone: (334) 206-3260
Writer's Direct Facsimile: (334) 481-0808
Email: bg@rsjg.com
Website: www.rsjg.com

Charles A. Stakely
J. Theodore Jackson, Jr.
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.

Chris S. Simmons
Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr.
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger
T. Grant Sexton, Jr.

*Of Counsel:*
Jesse M. Williams, III

October 10, 2007

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

Re: Decarey Floyd v. Southeast Cherokee Construction
United States District Court, Middle District of Alabama
Case No.: 2:07-cv-544-MEF

Dear Jerry:

I would like to take the deposition of your client, Decarey Floyd, in the near future. Please forward to me at your first convenience a number of dates in which Mr. Floyd will be available. I will coordinate and get back with you with regard to a date that will work best with our mutual schedules.

I look forward to hearing from you.

Sincerely,

R. Brett Garrett

RBG2/kml

cc: Robert A. Huffaker, Esq.

EXHIBIT B

Blumberg No. 5118

LAW OFFICES

RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Writer's Direct Telephone: (334) 206-3260
Writer's Direct Facsimile: (334) 481-0808
Email: bg@rsjg.com
Website: www.rsjg.com

Charles A. Stakely
J. Theodore Jackson, Jr.
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.

Chris S. Simmons
Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr.
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger
T. Grant Sexton, Jr.
Stephen P. Dees

*Of Counsel:*
Jesse M. Williams, III

December 3, 2007

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

Re: Decarey Floyd v. Southeast Cherokee Construction
United States District Court, Middle District of Alabama
Case No.: 2:07-cv-544-MEF

Dear Jerry:

I have written to you twice requesting dates for Mr. Floyd's deposition. Copies of those letters are enclosed for your reference. To date, I have not heard from you regarding available dates for this deposition.

Please contact my office at 206-3138 as soon as possible to schedule dates for Mr. Floyd's deposition. I look forward to hearing from you.

Sincerely,

R. Brett Garrett

RBG2/kml
Enclosures
cc: Robert A. Huffaker, Esq.

Blumberg No. 5118
EXHIBIT
C

LAW OFFICES

RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Writer's Direct Telephone: (334) 206-3260
Writer's Direct Facsimile: (334) 481-0808
Email: bg@rsjg.com
Website: www.rsjg.com

Charles A. Stakely
J. Theodore Jackson, Jr
James W. Garrett, Jr
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr

Chris S. Simmons
Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger
T. Grant Sexton, Jr.

*Of Counsel:*
Jesse M. Williams, III

October 3, 2007

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

Re: Decarey Floyd v. Southeast Cherokee Construction
United States District Court, Middle District of Alabama
Case No.: 2:07-cv-544-MEF

Dear Jerry:

I would like to take the deposition of your client, Decarey Floyd, in the near future. Please forward to me at your first convenience a number of dates in which Mr. Floyd will be available. I will coordinate and get back with you with regard to a date that will work best with our mutual schedules.

I look forward to hearing from you.

Sincerely,

R. Brett Garrett

RBG2/kml

cc: Robert A. Huffaker, Esq.

LAW OFFICES
RUSHTON, STAKELY, JOHNSTON & GARRETT
A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Writer's Direct Telephone: (334) 206-3260
Writer's Direct Facsimile: (334) 481-0808
Email: bg@rsjg.com
Website: www rsjg com

Charles A. Stakely
J Theodore Jackson, Jr
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W Tyson
Robert C. Brock
F Chadwick Morriss
T Kent Garrett
Frank J Stakely
William S Haynes
Helen Crump Wells
Paul M James, Jr

Chris S. Simmons
Robert C Ward, Jr
Bowdy J. Brown
Daniel L Lindsey, Jr
Patrick M. Shegon
Benjamin C. Wilson
L Peyton Chapman, III
William L Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr
Richard L. McBride, Jr
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R Brett Garrett
Bethany L. Bolger
T Grant Sexton, Jr

*Of Counsel*
Jesse M Williams, III

October 10, 2007

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

Re: <u>Decarey Floyd v. Southeast Cherokee Construction</u>
United States District Court, Middle District of Alabama
Case No.: 2:07-cv-544-MEF

Dear Jerry:

I would like to take the deposition of your client, Decarey Floyd, in the near future. Please forward to me at your first convenience a number of dates in which Mr. Floyd will be available. I will coordinate and get back with you with regard to a date that will work best with our mutual schedules.

I look forward to hearing from you.

Sincerely,

R. Brett Garrett

RBG2/kml

cc: Robert A. Huffaker, Esq.

LAW OFFICES

RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

Mailing Address:
Post Office Box 270
Montgomery, Alabama 36101-0270

Writer's Direct Telephone: (334) 206-3260
Writer's Direct Facsimile: (334) 481-0808
Email: bg@rsjg.com
Website: www.rsjg.com

Charles A. Stakely
J. Theodore Jackson, Jr.
James W. Garrett, Jr.
Robert A. Huffaker
Thomas H. Keene
Richard B. Garrett
Jeffrey W. Blitz
Dennis R. Bailey
Ronald G. Davenport
Fred W. Tyson
Robert C. Brock
F. Chadwick Morriss
T. Kent Garrett
Frank J. Stakely
William S. Haynes
Helen Crump Wells
Paul M. James, Jr.

Chris S. Simmons
Robert C. Ward, Jr.
Bowdy J. Brown
Daniel L. Lindsey, Jr
Patrick M. Shegon
Benjamin C. Wilson
L. Peyton Chapman, III
William I. Eskridge
Alan T. Hargrove, Jr.
R. Austin Huffaker, Jr.
Richard L. McBride, Jr.
R. Mac Freeman, Jr.
James R. Dickens, Jr.
R. Brett Garrett
Bethany L. Bolger
T. Grant Sexton, Jr.
Stephen P. Dees

*Of Counsel:*
Jesse M. Williams, III

May 1, 2008

*Via Facsimile (205) 981-3908*
Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

Re: Decarey Floyd v. Southeast Cherokee Construction
United States District Court, Middle District of Alabama
Case No.: 2:07-cv-544-MEF

Dear Jerry:

Enclosed is the list you requested responsive to interrogatory number 9. As we discussed, I will provide contact information for those individuals identified by Mr. Floyd as having knowledge of facts relevant to the allegations made the basis of his complaint.

In the meantime, please contact my assistant, Kristi, at 334-206-3138 to schedule Mr. Floyd's deposition. I would like to depose Mr. Floyd prior to May 14th.

Please note in producing this information Southeast Cherokee does not waive any of its standing objections. If you have any questions, please feel free to contact me directly at 334-206-3260.

Sincerely,

R. Brett Garrett

RBG2/kml
Enclosure
cc: Robert A. Huffaker, Esq.



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS DECAREY FLOYD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **2:07-cv-577-MEF** |
| | § | |
| **SOUTHEAST CHEROKEE CONSTRUCTION, INC.,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that, pursuant to Rule 26, et seq., of the *Alabama Rules of Civil Procedure*, Defendant, Southeast Cherokee Construction, Inc., will take the deposition upon oral examination of **Plaintiff, Decarey Floyd.** Said deposition is to be taken before an officer authorized by law to administer oaths and shall commence on **May 19, 2008, at 12:00 p.m., at the law offices of Rushton, Stakely, Johnston & Garrett, P.A., 184 Commerce Street, Montgomery, AL 36104,** and will continue from day to day thereafter until completed.

Deponent is requested to bring the following documents relating to the claims stated in the complaint:

1. Any and all correspondence or written communications sent by you to any employee or representative of Southeast Cherokee regarding any of the matters/issues set forth in your complaint.

2. Any and all correspondence or written communications received by you from any employee or representative of Southeast Cherokee regarding any of the matters/issues set forth in your complaint.



3. Copies of any and all tapes, recordings, notes, data compilations, memorializations or other representations of any communications that you have had with any employee or representative of Southeast Cherokee concerning any of the matters/issues set forth in your complaint.

4. Copies of any and all tapes, recordings, noted, data compilations, memorializations or other representations of any communications reflecting any act or statement that you contend constitutes retaliation.

5. Copies of any and all tapes, recordings, notes, data compilations, memorializations or other representations or any communications reflecting any act or statement that you contend constitutes evidence of a hostile work environment.

6. Copies of your federal and state tax returns for the years 2003 through 2008.

7. Copies of any pay stubs, check stubs, W2 forms, 1099 forms, or similar documentation reflecting compensation and/or benefits earned in any employment from 2003 through 2008.

8. Copies of any and all documents submitted to the EEOC as part of, or in support of, Charge No. 130-2006-00282.

9. Copies of any and all documents (including "right to sue letters") received from the EEOC concerning Charge No. 130-2006-00282.

10. Copies of any and all documents that you submitted to Southeast Cherokee as part of any application by you to fill any job vacancy at Southeast Cherokee.

11. Copies of any and all documents that you received from Southeast Cherokee as part of any application by you to fill any job vacancy at Southeast Cherokee.

12. Copies of any and all documents that you submitted to, or received from, Southeast Cherokee concerning the termination of your employment with Southeast Cherokee.

13. Copies of any and all evaluations of your employment duties and responsibilities (whether by yourself or by another Southeast Cherokee employee) at Southeast Cherokee.

14. Copies of any and all evaluations of your employment duties and responsibilities (whether by yourself or by a co-worker or supervisor) at any employment you have held since the termination of your employment with Southeast Cherokee.

Respectfully submitted this the 7th day of May, 2008.

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Defendant, Southeast Cherokee Construction, Inc.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2008, I have served a copy of the foregoing upon the following counsel of record:

Jerry Roberson, Esq.
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238

jdratty@charter.net

*s/ R. Brett Garrett*
Of Counsel