IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 2:07-cv-577-MEF |
| | ) |
| SOUTHEAST CHEROKEE | ) |
| CONSTRUCTION, INC., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Extend Deadline to Respond to Motion for Summary Judgment (Doc. #18) filed on June 10, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 13th day of June, 2008.

                                                     /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE