IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS DECAREY FLOYD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.:** |
| | ) | |
| v. | ) | **2:07-cv-577-MEF** |
| | ) | |
| **SOUTHEAST CHEROKEE** | ) | |
| **CONSTRUCTION, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW Plaintiff's counsel, Jerry Roberson and pursuant to this Court's scheduling order and pursuant to this Court's Order directing a face to face conference with regards to settlement of the above referenced matter, the undersigned respectfully provides this notice.

Decarey Floyd was not represented by counsel when he filed his EEOC charge. The Defendant made an offer to settle the case at the EEOC conciliation. Plaintiff rejected it. Early in this litigation, Plaintiff's counsel suggested that this case be the subject of a mediation because his client was unrealistic in his view of what the case was worth, and it would be necessary for the client to become more reasonable by using a strong mediator. Defense counsel suggested that he was not in a position to mediate this case until the Plaintiff's deposition was taken. Plaintiff's deposition was taken but the defendant filed a

Motion for Summary Judgment which required substantial legal resources to prepare. The defendant now wants its summary judgment heard before it is willing to submit to mediation.

                                                  Respectfully submitted,

                                                  s/Jerry Roberson
                                                  Jerry Roberson (ROB010)
                                                  Roberson & Roberson
                                                  P.O. Box 380487
                                                  Birmingham, Alabama 35238
                                                  Telephone:  (205) 981-3906
                                                  Fax:             (205) 981-3908
                                                  E-mail: **jdratty@charter.net**
                                                                        **tlbaker@charter.net**

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 25th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Richard Brett Garrett
Robert A. Huffaker
Rushton Stakely Johnston & Garrett
P.O. Box 270
Montgomery, Al. 36101-0270
Phone: 334-206-3100
Fax:     334-262-6277
E-mail: rah@rsjg.com

                                                  s/Jerry Roberson
                                                  Jerry Roberson (ROB010)