IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD,        ) | |
| )                             | |
| Plaintiff,                 ) | |
| v.                            )  | CASE NO. 2:07-cv-577-MEF |
| )                             | |
| SOUTHEAST CHEROKEE            ) | |
| CONSTRUCTION, INC.,           ) | |
| )                             | |
| Defendant.                 ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Deadline (Doc. #33) filed on August 14, 2008, it is hereby

ORDERED that the motion is GRANTED to and including September 13, 2008.

DONE this the 15th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE