## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**CURTIS DECAREY FLOYD,**

|  |  |  |
|---|---|---|
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | |
| | ) | **2:07-cv-577-MEF** |
| **SOUTHEAST CHEROKEE** | ) | |
| **CONSTRUCTION, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## PLAINTIFF'S EXHIBIT LIST

Comes now the Plaintiff and in accordance with this Court's Scheduling Order, hereby files his Exhibit List for the trial of this cause.

### PLAINTIFF'S EXHIBITS

Exhibit 1.　　Decarey Floyd time line (Demonstrative)

Exhibit 2.　　Affidavit of Decarey Floyd regarding back-pay

Exhibit 3.　　Back-Pay chart (Demonstrative)

Exhibit 4.　　Floyd W-2s and pay stubs

Exhibit 5.　　SEC Progressive Disciplinary Policy

Exhibit 6.　　Floyd new hire form

Exhibit 7.　　Floyd's EEOC Charge

Exhibit 8.　　Floyd Personal Information

Exhibit 9.　　EEOC Letter of Determination dated January 12, 2007

Exhibit 10.   Service truck damage - photos

Exhibit 11.   Randy Harris - interview

Exhibit 12.   Declaration of Deon Daniels

Exhibit 13.   Declaration of Donald Gantt

Exhibit 14.   Letter to EEOC from SEC November 17, 2005

Exhibit 15.   Personnel file of Justin Bethea

Exhibit 16.   SEC response regarding unemployment claim of Floyd

Exhibit 17.   Affidavit of Jerry Carter

Exhibit 18.   Personnel file of Donald Gantt

Exhibit 19.   Letter from Jerry Carter to Unemployment Office

Exhibit 20.   Service truck records

Exhibit 21.   Service truck drivers - list

Exhibit 22.   Steven Blackerby's personnel file

Exhibit 23.   Darrell Murchison's personnel file

Exhibit 24.   Any exhibit necessary for rebuttal.

Respectfully submitted,

s/Jerry Roberson
Jerry Roberson (ROB010)
Roberson & Roberson
P.O. Box 380487
Birmingham, Alabama 35238
Telephone:   (205) 981-3906
Fax:            (205) 981-3908
E-mail**: jdratty@charter.net**
            **tlbaker@charter.net**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Richard Brett Garrett
Robert A. Huffaker
Rushton Stakely Johnston & Garrett
P.O. Box 270
Montgomery, Al. 36101-0270
Phone: 334-206-3100
Fax:   334-262-6277
E-mail: rah@rsjg.com

s/Jerry Roberson
Jerry Roberson (ROB010)