IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Civil Action No.: |
| v.    ) | |
| ) | 2:07-cv-577-MEF |
| SOUTHEAST CHEROKEE    ) | |
| CONSTRUCTION, INC.    ) | |
| ) | |
| Defendant.    ) | |

### PLAINTIFF'S WITNESS LIST

Comes now the Plaintiff and in accordance with this Court's Scheduling Order, hereby files his Witness List for the trial of this cause.

**I.     Witnesses Plaintiff Expects to Call:**

1. Decarey Floyd
   c/o of Jerry D. Roberson, Esq.
   Roberson & Roberson
   3765 Kinross Drive
   Birmingham, Alabama 35242

2. Randy Harris
   97 Chad Road
   Elmore, Alabama

3. Deon Daniels
   1085 Estes Road
   Wetumpka, Alabama 36092

4. Donald Gantt
   654 Kowligg Road,
   Eclectic, Alabama 36024

5. Harold "Pedro" Motes
   c/o Richard Brett Garrett

        Robert A. Huffaker
        Rushton Stakely Johnston & Garrett
        P.O. Box 270
        Montgomery, Al. 36101-0270

6.      Lynn Carter
        c/o Richard Brett Garrett
        Robert A. Huffaker
        Rushton Stakely Johnston & Garrett
        P.O. Box 270
        Montgomery, Al. 36101-0270

7.      Jerry Carter
        c/o Richard Brett Garrett
        Robert A. Huffaker
        Rushton Stakely Johnston & Garrett
        P.O. Box 270
        Montgomery, Al. 36101-0270

8.      Julia Hodge, EEOC Investigator

9.      Randy Davis
        c/o Richard Brett Garrett
        Robert A. Huffaker
        Rushton Stakely Johnston & Garrett
        P.O. Box 270
        Montgomery, Al. 36101-0270

10.     Any witness identified by Defendant

11.     Any witness needed for rebuttal

                                            Respectfully submitted,

                                            s/Jerry Roberson
                                            Jerry Roberson (ROB010)
                                            Roberson & Roberson
                                            P.O. Box 380487
                                            Birmingham, Alabama 35238
                                            Telephone:   (205) 981-3906
                                            Fax:            (205) 981-3908
                                            E-mail**:** **jdratty@charter.net**
                                                          **tlbaker@charter.net**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the using the Electronic Filing system which will send notification of such filing to the following:

Richard Brett Garrett
Robert A. Huffaker
Rushton Stakely Johnston & Garrett
P.O. Box 270
Montgomery, Al. 36101-0270
Phone: 334-206-3100
Fax:   334-262-6277
E-mail: rah@rsjg.com

                                                             s/Jerry Roberson
                                                            Jerry Roberson (ROB010)