UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CURTIS DECAREY FLOYD,** § | |
| § | |
| Plaintiff, § | |
| § | 2:07-cv-577-MEF |
| v. § | |
| § | |
| **SOUTHEAST CHEROKEE** § | |
| **CONSTRUCTION, INC.** § | |
| § | |
| Defendant. § | |

## DEFENDANT'S WITNESS LIST

COMES NOW Defendant, Southeast Cherokee Construction, Inc., and reserves the right to call any of the following witnesses at the trial in this matter:

1. Lynn Carter; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

2. Jerry Carter; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

3. Randy Davis; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

4. Harold "Pedro" Motes; (address currently unknown); Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092 (last known address);

5. Brian Roland; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

6. Charles Davis; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

7. Daniel Moates; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

8. Justin Bethea; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

9. Diane White; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

10. Brent Carter; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

11. Jason Carter; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

12. Jeremy Deloach; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

13. Bobby Davis; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

14. Ronald "Chaz" Logan; Southeast Cherokee Construction, Inc.; 3790 Grier Road, Wetumpka, AL 36092;

15. Ronny Hatfield, Jr.; Tuscaloosa, AL (current address unknown);

16. Representative of John Patterson Technical College (now known as H. Councill Trenholm State Technical College); 1225 Air Base Boulevard, Montgomery, AL;

17. Representative of English Pool Company; 631 N. Eastern Boulevard, Montgomery, AL 36117;

18. Representative of Vulcan Materials; 1408 Flagpole Mountain Road, Childersburg, AL 35044;

19. Representative of Advanced Disposal (formerly Sunflower Waste); 1303 Washington Boulevard, Tallassee, AL 36078;

20. Representative of Hodgson-Blake, Inc.; (company currently out of business);

21. Representative of A&A Transfer & Storage, Inc.; PO Box 2317, Fort Walton Beach, FL 32549;

22. Representative of Crysel Door & Millwork; 163 Cleveland Drive, Wetumpka, AL 36092;

23. Representative of Central Alabama Metal Company; 3025 Wetumpka Highway, Montgomery, AL 36110;

24. Representative of the Town of Eclectic; PO Box 24030, Eclectic, AL 36024;

25. Representative of MBM Corporation; 3051 N. Church Street, Rocky Mount, NC 27804;

26. Representative of Transport Drivers, Inc.; 3450 Seven Bridges Drive, Suite 300, Woodridge, IL 60517;

27. Representative of Saco Wood, Inc.; 867 N. Memorial Drive, Prattville, AL 36067;

28. Representative of Alabama Department of Transportation; 1409 Coliseum Boulevard, Montgomery, AL 36110;

29. Representative of Alabama Department of Public Safety; 100 N. Union Street, Montgomery, AL 36104;

30. Representative of Thompson "Caterpillar" Lift Truck Company; 10120 Highway 80 East, Montgomery, AL 36117;

31. Representative of Work Force of Montgomery, Inc.; 300 Arba Street, Montgomery, AL 36104;

32. Representative of Labor Ready, Inc.; 505 Montgomery Street, Montgomery, AL 36104;

33. Representative of Sylvest Farms; 109 Tyson Road, Hope Hull, AL 36043;

34. A representative of the company Plaintiff utilizes for preparation of his tax returns;

35. Any and all witnesses necessary for rebuttal and impeachment purposes;

36. Any and all witnesses identified by Plaintiff;

37. Any and all witnesses identified pursuant to outstanding discovery;

38. Defendant reserves the right to amend this witness list with reasonable notice to Plaintiff's counsel.

Respectfully submitted this the 20th day of August, 2008.

*s/ R. Brett Garrett*
ROBERT A. HUFFAKER (HUF003)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant, Southeast Cherokee Construction, Inc.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on <u>August 20, 2008</u>, I have electronically filed the foregoing using the CM/ECF system, which will provide notification to the following:

Jerry D. Roberson, Esq.          jdratty@charter.net
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238


                *s/ R. Brett Garrett*
                Of Counsel