# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS DECAREY FLOYD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **2:07-cv-577-MEF** |
| **v.** | § | |
| | § | |
| **SOUTHEAST CHEROKEE** | § | |
| **CONSTRUCTION, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S EXHIBIT LIST

COMES NOW Defendant, Southeast Cherokee Construction, Inc., and reserves the right to identify any of the following exhibits at the trial in this matter:

1.      Ex. 1 - Plaintiff's employment and payroll records from:

  a.   Advanced Disposal;

  b.   Hodgson-Blake, Inc.;

  c.   A&A Transfer & Storage;

  d.   Crysel Door & Millwork;

  e.   Central Alabama Metal Company;

  f.   Town of Eclectic;

  g.   MBM Corporation;

  h.   Sunflower Waste;

  i.   English Pool Company;

  j.   Transport Drivers, Inc.;

  k.   Saco Wood, Inc.;

  l.   Sylvest Farms;

2.      Ex. 2 - Plaintiff's personnel/employee file from Southeast Cherokee Construction, Inc.;

3.      Ex. 3 - Plaintiff's payroll records from Southeast Cherokee Construction, Inc.;

4.      Ex. 4 - Records showing Plaintiff's CDL testing results;

5.      Ex. 5 - Records showing Justin Bethea's CDL testing results;

6.      Ex. 6 - Randy Harris' personnel/employee file from Southeast Cherokee Construction, Inc.;

7.      Ex. 7 - Deon Daniels' personnel/employee file from Southeast Cherokee Construction, Inc.;

8.      Ex. 8 - Justin Bethea's personnel/employee file from Southeast Cherokee Construction, Inc.;

9.      Ex. 9 - Payroll records of Justin Bethea;

10.     Ex. 10 - Donnie Gantt's personnel/employee file from Southeast Cherokee Construction, Inc.;

11.     Ex. 11 - Payroll records of Donnie Gantt;

12.     Ex. 12 - Daniel Motes' personnel/employee file and payroll information from Southeast Cherokee Construction, Inc.;

13.     Ex. 13 (A-Z) - Any exhibit to any deposition taken in this action;

14.     Ex. 14 - Alabama Uniform Traffic Ticket of Plaintiff dated June 7, 2005;

15.     Ex. 15 - Plaintiff's W-2's for years 2004 through 2008;

16.     Ex. 16 - Plaintiff's tax returns for the years 2004 through 2008;

17.     Ex. 17 - Alabama State Troopers/Alabama Department of Transportation Vehicle Weight Report dated June 7, 2005 for Plaintiff;

18.     Ex. 18 - Load ticket from Vulcan Materials for Plaintiff dated June 7, 2005;

19.     Ex. 19 - Commercial Drivers License manual version 2.0;

20.     Ex. 20 - Employer loan agreement dated August 4, 2005 for Plaintiff;

21.     Ex. 21 - Copy of check # 689969786 for payment of ticket reference # 8389823;

22.     Ex. 22 - Employee handbook in effect during Plaintiff's employment;

23.     Ex. 23 - Documents showing racial breakdown of Defendant's employees (Demonstrative);

24.     Ex. 24 - Photographs of service truck indicating damage inflicted by Plaintiff;

25.     Ex. 25 - Receipt of handbook form signed by Plaintiff;

26.     Ex. 26 - Fleet Driver Commitment Form signed by Plaintiff;

27.     Ex. 27 - Telephone call note dated March 28, 2006;

28.     Ex. 28 - Jerry Carter's handwritten notes detailing Plaintiff's work history and termination;

29.     Ex. 29 - All discovery and interrogatory responses submitted by Plaintiff;

30.     Ex. 30 - Application of Plaintiff dated April 28, 2005;

31.     Ex. 31 - Deposition transcript of Decarey Floyd for purposes of rebuttal;

32.     Ex. 32 - Documents describing employees who were involuntarily terminated in 2005 at Southeast Cherokee Construction, Inc.;

33.     Ex. 33 - Freddie Watson's personnel/employee file from Southeast Cherokee Construction, Inc.;

34.     Ex. 34 - Jerome Mitchell's personnel/employee file from Southeast Cherokee Construction, Inc.;

35.     Ex. 35 - Billy Joe Traylor's personnel/employee file from Southeast Cherokee Construction, Inc.;

36.     Ex. 36 - Employee lists of June 1, 2005; December 31, 2005; and May 1, 2006;

37.     Ex. 37 - Decarey Floyd Timeline (demonstrative);

38.     Ex. 38 - Any and all documents necessary for rebuttal and impeachment purposes;

39.     Ex. 39 - Any and all exhibits identified by Plaintiff;

40.     Ex. 40 - Any and all witnesses identified pursuant to outstanding discovery;

41.     Ex. 41 - Defendant reserves the right to amend this exhibit list with reasonable notice to Plaintiff's counsel.

Respectfully submitted this the 20th day of August, 2008.


s/ R. Brett Garrett
ROBERT A. HUFFAKER (HUF003)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant, Southeast Cherokee Construction, Inc.


Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
bg@rsjg.com (email)

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 20, 2008</u>, I have electronically filed the foregoing using the CM/ECF system, which will provide notification to the following:

Jerry D. Roberson, Esq.                                    jdratty@charter.net
ROBERSON & ROBERSON
PO Box 380487
Birmingham, AL 35238


                                                    *s/ R. Brett Garrett*
                                                    Of Counsel