# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS DECAREY FLOYD,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | **2:07-cv-577-MEF** |
| v. | * | |
| | * | |
| **SOUTHEAST CHEROKEE** | * | |
| **CONSTRUCTION, INC.** | * | |
| | * | |
| Defendant. | * | |

## MOTION FOR LEAVE TO WITHDRAW

**COMES NOW** the undersigned, Robert A. Huffaker, and requests leave to withdraw as counsel for the Defendant, Southeast Cherokee Construction, Inc. The Defendant will continue to be represented in this action by R. Brett Garrett and by Grant T. Sexton, who is filing a Notice of Appearance as additional counsel for the Defendant.

*s/Robert A. Huffaker*
Robert A. Huffaker
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone:  (334) 206-3215
Facsimile:  (334) 481-0814
E-Mail: rah@rsjg.com
Bar Number: ASB-7668-U79R

Attorney for Defendant, Southeast Cherokee Construction, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jerry Roberson, Esq.
ROBERSON & ROBERSON
Post Office Box 380487
Birmingham, Alabama  35238

R. Brett Garrett, Esq.
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270

                                               *s/Robert A. Huffaker*
                                               Of Counsel