UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CURTIS DECAREY FLOYD,** § | |
| § | |
| Plaintiff, § | |
| § | 2:07-cv-577-MEF |
| v. § | |
| § | |
| **SOUTHEAST CHEROKEE** § | |
| **CONSTRUCTION, INC.** § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

**COMES NOW** T. Grant Sexton, Jr., with the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and enters his appearance as additional counsel of record for Defendant Southeast Cherokee Construction, Inc. All future correspondence, pleadings, notices and/or inquires should be directed to the address and telephone number listed below.

Respectfully submitted this the 27th day of August, 2008.

                                              *s/ T. Grant Sexton, Jr.*
                                              ROBERT A. HUFFAKER
                                              R. BRETT GARRETT
                                              T. GRANT SEXTON, JR.
                                              Attorneys for Defendant,
                                              Southeast Cherokee Construction, Inc.

**OF COUNSEL:**
RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, AL 36101-0270
334-206-3138 (telephone)
334-481-0808 (fax)
rah@rsjg.com (email)
bg@rsjg.com (email)
gsexton@rsjg.com (email)

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of August 2008, I electronically filed the foregoing by using the CM/ECF system, which will forward a copy of same to the following counsel of record:

    Jerry Roberson, Esq.
    ROBERSON & ROBERSON
    PO Box 380487
    Birmingham, AL 35238

                                        *s/ T. Grant Sexton, Jr.*
                                        OF COUNSEL