IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CURTIS DECAREY FLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-577-MEF |
| ) | |
| SOUTHEAST CHEROKEE ) | |
| CONSTRUCTION, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the pretrial conference set in this case for August 28, 2008 at 9:30 A.M. is rescheduled for **August 28, 2008 at 1:30 P.M.** in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 28th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE